## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: JUANITA D PALACIOS    JOINT DEBTOR:_____    CASE NO.:_____
Last Four Digits of SS# 1162    Last Four Digits of SS#_____

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 424.00 for months  1  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4,000.00    TOTAL PAID $1,000.00
                Balance Due    $ 3,000.00    payable $ 75.00 /month (Months  1  to 40 )
                Fee Itemization: $3,500.00 Base Legal fee; $500.00 Motion to value to collateral

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date    $_____
Address:_____    Arrears Payment    $_____/month (Months _____ to ___)
             _____    Regular Payment    $_____/month (Months _____ to ___)
                                     Regular Payment    $_____/month (Months _____ to ___)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Americredit (8773) | 2004 Mercedes-Benz $15,000.00 | 5.25% | $284.79 |  1  To  60  | $17,087.40 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                           Payable    $_____/month (Months___ to ___) Regular Payment $_____
                           Payable    $_____/month (Months___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 25.66 /month (Months 1 to 40 ) and Pay $ 100.66 /month (Months 31 to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
The Debtor is making monthly homeowners association on the residential homestead located on 2106 NE 56 Ct #207, Fort Lauderdale FL 33308 directly to secured creditor, Carlton Terrace N HOA, outside of this place.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_Juanita Denise Palacios_
Debtor
Date:  1-19-11

_____
Joint Debtor
Date:_____

LF-31 (rev. 12/01/09)